**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA      v.      JAMES GLEN DREESZEN

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:02-cr-00094-02-JWS

Deputy Clerk                          Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

      On March 22, 2005, parties were advised of the Court's possession of the above-referenced defendant's passport and were instructed to file a motion to return said item with a proposed Order for the Court's consideration.

      No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after entry of this order.

 

ENTERED AT JUDGE'S DIRECTION

DATE: May 9, 2006                    INITIALS: prr
                                         Deputy Clerk

[FORMS*IA*]