Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V

Case No. A02-0094-02 CR (JWS)

James Glen Dreeszen

On February 2, 2005, the above-named was placed on supervised release for a period of three years years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. The offender has adjusted well to supervision. Since the beginning of supervision, the offender has participated in controlled substance testing which all samples have tested negative. The offender received a $7,500 fine which has been paid in full. Furthermore, the Offender has obtained stable residency and employment while on supervision. It appears that Mr. Dreeszen has complied with all of his conditions of supervised release and has made efforts to obtain suitable employment and remain free of controlled substances. Therefore, it is accordingly recommended that James Glen Dreeszen be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE

7/31/06

Chris Liedjke                                                                      Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this __1st__ day of __August__, 20 06 .

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge