ALLEN N. DAYAN
745 W. 4th Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw1@gci.net

Attorney for:
Defendant James G. Dreeszen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:02-cr-00094-JWS |
| | ) |
| JAMES G. DREESZEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNOPPOSED MOTION TO EXONERATE BOND**

COMES NOW Defendant, James G. Dreeszen by and through Counsel Allen N. Dayan and hereby requests the Court order exoneration of the bond in this matter.  Mr. Deeszen was notified that the Court was still in possession of the $1,000.00 bond that was deposited by in this matter.  Mr. Dreeszen hereby requests that the proceeds be mailed to:  James G. Dreeszen, 7340 Vern St. Anchorage Alaska 99516.  There are no other issues pending in this matter. Assistant U.S. Attorney, Stephan Collins' paralegal Monica Johnson informed my office that he does not oppose this

request.  Therefore, Defendant respectfully, requests that the bond in this matter be exonerated.

DATED this 11th day of December, 2007, at Anchorage, Alaska.

s/Allen N. Dayan
745 W. 4th Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw1@gci.net
Alaska Bar No. 8811179

Certificate of Service
I hereby certify that December 11, 2007 a copy of the foregoing Motion, Exhibits and Proposed Order was Electronically Served on Assistant U.S. Attorney Stephan Collins.