ALLEN N. DAYAN
745 W. 4th Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw1@gci.net

Attorney for:
Defendant James G. Dreeszen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.3:02-cr-00094-JWS |
| | ) |
| JAMES G. DREESZEN, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER ON
<u>UNOPPOSED MOTION TO EXONERATE BOND</u>**

Upon consideration of Defendant's motion to exonerate the bond in the above referenced matter.

IT IS HEREBY ORDERED that the defendant's Motion to Exonerate Bond is hereby GRANTED.

Dated this ___ day of _____, 2007

_____
John W. Sedwick
United States District Court