ALLEN N. DAYAN
745 W. 4th Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw1@gci.net

Attorney for:
Defendant James G. Dreeszen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:02-cr-00094-JWS |
| | ) |
| JAMES G. DREESZEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON
UNOPPOSED MOTION TO EXONERATE BOND**

Upon consideration of Defendant's motion to exonerate the bond in the above referenced matter.

IT IS HEREBY ORDERED that the defendant's Motion to Exonerate Bond is hereby GRANTED. The bond will be returned to James G. Dreeszen, 7340 Vern St. Anchorage Alaska 99516

Dated this 7th day of January, 2008

/s/ John W. Sedwick
John W. Sedwick
United States District Court